IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| AARON FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4301-CV-C-NKL |
| | ) | |
| KEITH SCHAFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 20, 2007, the United States Magistrate Judge recommended dismissing plaintiff's claims against some of the named parties in this case. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed, although plaintiff has submitted two pleadings adding parties defendant.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 20, 2007 is adopted. [9] It is further

ORDERED that plaintiff's claims against the State of Missouri, Governor Matt Blunt, Public Defenders Office, Public Defenders Ron Hackathorn and Peter Bender, City of Springfield, Greene County, Greene County Justice Center Administrators and Staff, and John Doe Participants in the Mentally Ill Offender Treatment and Crime Reduction Act 2003-2004, Collaborative Programs, Mental Health Agencies and Criminal or Juvenile Justice Systems are dismissed, pursuant to the provisions of 28 U.S.C. § 1915, for failure to state a claim for which relief can be granted.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: June 7, 2007
Jefferson City, Missouri